UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORA COBB                              JURY TRIAL DEMANDED

v.                                       CASE NO.  3:17CV

ENHANCED RECOVERY COMPANY, LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692.

2. JURISDICTION: The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who is a citizen of Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA, which collects consumer debt directly or indirectly using mail, telephone, and email.

6. Defendant is licensed as a consumer collection agency by the Connecticut Banking Department, and has been a member of ACA International, the collectors' trade organization, since 2002.

7. In July, 2017, defendant sent its initial collection letter to plaintiff at her Connecticut address.

8. Defendant was collecting on behalf of a Target credit card, used at its consumer retail establishment for personal, family, and household items.

9. The initial letter did not disclose defendant's name true name anywhere, but instead used ERC throughout, in violation of 15 U.S.C. §1692e(14).

10. Plaintiff has standing, in that defendant directed its collection activities to her, and she was harmed by its violation of her interest in obtaining information to which she is statutorily entitled.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net