UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORA COBB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:17-cv-01629-VLB |
| v. | ) |
| | ) |
| **ENHANCED RECOVERY COMPANY, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Enhanced Recovery Company, LLC ("ERC" or "Defendant") by and though undersigned counsel, hereby files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and respectfully moves this Court to enter an Order Granting Summary Judgment in favor of Defendant.

DATED: <u>June 14, 2018.</u>

SMITH, GAMBRELL & RUSSELL, LLP

<u>/s/ Scott S. Gallagher</u>
**Scott S. Gallagher, Esq**
**PHV Bar Number: phv08629**
**50 North Laura Street, Suite 2600**
**Jacksonville, Florida 32202**
**Phone: (904) 598-6111**
**Fax: (904) 598-6211**
**Email: sgallagher@sgrlaw.com**
*Admitted Pro Hac Vice*

**and**

Michael P. Regan, Esquire
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Phone: (212) 907-9759
Fax: (212) 907-9859
Email: mregan@sgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422
Email: faulknerlawoffice@snet.com
*Attorney for Plaintiff*

/s/   Scott S. Gallagher
            Attorney