UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORA COBB,                                )
                                           )
              Plaintiff,                    )
                                           )   CASE NO: 3:17-cv-01629-VLB
v.                                          )
                                           )
ENHANCED RECOVERY COMPANY,                  )
LLC,                                        )
                                           )
              Defendant.                    )
                                           )

**DEFENDANT'S LOCAL RULE 56.1 STATEMENT**

Defendant, Enhanced Recovery Company, LLC (Defendant or "ERC"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, files this Statement of Undisputed Facts in support of its Motion for Summary Judgment.

**I.      ERC's relevant non-Connecticut registrations**

1.     Defendant is a limited liability company organized under the laws of the state of Delaware. Declaration of Jason Davis dated June 11, 2018 filed in support hereof [hereinafter "Davis Decl."] at ¶ 10.

2.     Defendant's principal place of business is maintained at 8014 Bayberry Road, Jacksonville, Florida 32256. *Id.* at ¶ 5.

3.     Defendant has maintained a fictitious name registration in the office of the secretary of state for Florida reflecting the use of *ERC* as a trade name for Enhanced Recovery Company, LLC, since February 12, 2015. *Id.* at ¶ 5, Exh. A.

4.      ERC maintains a license as a Consumer Collection Agency with the state of Florida's Office of Financial Regulation. *Id.* at ¶ 6, Exh. B.

5.      This license reflects that ERC provides such services under the trade name *ERC. Id.*

6.      ERC maintains a federal registration with the United States Patent and Trademark Office for the service mark "ERC" for use in connection with providing debt collection services. *Id.* at ¶ 7, Exh. C.

7.      ERC has maintained a fictitious name registration with the state of Delaware since February 2015. *Id.* at ¶ 10, Exh. E.

8.      Enhanced Recovery Company, LLC has been using the trade name *ERC* in connection with providing debt collection services since the year 1999. *Id.* at ¶ 13.

II.      <u>ERC's Connecticut Consumer Collection Agency licensing</u>

9.      Defendant is currently licensed to act as a consumer collection agency within the state of Connecticut by the Connecticut Banking Department. *Id.* at ¶ 8, Exh. D; Declaration of Richard Landoll dated June 11, 2018 filed in support hereof [hereinafter "Landoll Decl."] at ¶ 6, Exh. A; Certification of Carmine Costa, Director of the Consumer Credit Division of the State of Connecticut Department of Banking dated April 6, 2018 [hereinafter "Costa Cert."] at 1, Exh. A.

10.     The Nationwide Multistate Licensing System is authorized pursuant to Connecticut statute to process applications for consumer collection agency licenses and maintain records related to such licenses. Costa Cert. at 1.

2

11.    Since August 2015 Defendant has been licensed to act as a Consumer Collection Agency within Connecticut under the trade name *ERC*. Davis Decl. at ¶ 6, Exh. D; Landoll Decl. at ¶ 6-8, Exh. A; Costa Cert. at 1, Exh. A.

12.    ERC's Connecticut Collection Agency license has been renewed bearing the trade name *ERC* for the years 2016, 2017 and 2018. Landoll Decl. at ¶ 9.

13.    The Connecticut Banking Department represents that it considers NMLS records to be conclusive of the status of a licensed entity *Id.* at ¶ 12-13, Exh. B.

14.    The Connecticut Banking Department's website is located at the url, http://www.ct.gov/dob/site/default.asp.    Davis    Decl.    at    ¶    24;    Connecticut Department of Banking, http://www.ct.gov/dob/site/default.asp (last accessed June 2, 2018).

15.    The Department's website includes a link to "Verify a License[,]" which leads to a page that instructs the user to select a type of licensed entity. Davis Decl. at ¶ 24; Verify a License, Connecticut Department of Banking, http://www.ct.gov/dob/cwp/view.asp?a=2239&Q=298138&dobNAV_GID=1659&dobNav=| (last accessed June 2, 2018).

16.    Upon selecting Consumer Collection Agency, the website directs the user to a page that states "To verify that a consumer collection agency is licensed to do business in Connecticut, please use the NMLS Consumer Access link below. NMLS Consumer Access is a fully searchable website that allows the public to view information concerning state-licensed consumer collection

agencies." Davis Decl. at ¶ 25; Consumer Collection Agencies, Connecticut Department of Banking, http://www.ct.gov/dob/cwp/view.asp?a=2233&q=297872&dobNAV_GID=1663 (last accessed June 2, 2018).

17.    Searching "ERC" on the linked NMLS website returns a single match, Enhanced Recovery Company, LLC with NMLS ID number 953724. Davis Decl. at ¶ 26.

18.    Selecting the result shows that Defendant is licensed to act as a collection agency in a number of states, including Connecticut. Davis Decl. at ¶ 27, Exh. G; Landoll Decl. at ¶ 6-7, Exh. A; Enhanced Recovery Company, LLC, NMLS Consumer Access, http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/953724 (last accessed June 2, 2018).

19.    The records specific to Connecticut reflect that Defendant currently holds License number CCA-953724 and uses ERC as a "[t]rade [n]ame[] used in Connecticut." Davis Decl. at ¶ 8-9, Exh. D; Landoll Decl. at ¶ 6-7, Exh. A; Enhanced Recovery Company, LLC, NMLS Consumer Access, http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/953724 (last accessed June 2, 2018).

20.    ERC does not maintain any physical presence in Connecticut. It does not own or lease any real property in the state of Connecticut. It does not employ any persons in the state of Connecticut. Davis Decl. at ¶ 11.

4

21.     All communications from ERC to persons in the state of Connecticut occur through telephone calls or letters or both. *Id.* at ¶ 12.

III.     ERC's contacts with Ms. Cobb

22.     In each communication that ERC had with Ms. Cobb concerning the collection account at issue, ERC identified itself as *ERC*, using the commonly used trade name for Enhanced Recovery Company, LLC. *Id.* at ¶¶ 13, 16-19; Gallagher Decl. at ¶¶ 3, 5, Exh. A No. 5, Exh. B No. 14.

23.     On July 21, 2017, ERC sent the letter attached as an exhibit to the First Amended Complaint and which forms the basis of Ms. Cobb's claims in this Matter ("the Letter"), to Ms. Cobb. Davis Decl. at  ¶ 17.

24.     The Letter presents the name *ERC* in the letterhead. *Id.* at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

25.     The Letter states that Ms. Cobb's account with TD Bank USA, N.A. "has been placed with ERC for collection efforts." Davis Decl. at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

26.     The Letter states: "View statements, pay your balance, and manage your account online at payerc.com." Davis Decl. at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

27.     The Letter provides a toll free number to reach ERC. Davis Decl. at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

28.     The Letter states "Send correspondence to: ERC P.O. Box 57610, Jacksonville, FL 32241. Davis Decl. at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

5

29.     The reverse of the letter states: Our Corporate Address is: ERC 8014 Bayberry Road Jacksonville, FL 32256." Davis Decl. at ¶ 17, Am. Compl. at ¶ 9, Exh. 1; Def.'s Ans. to Am. Compl. at ¶ 9.

30.     On August 1, 2017, ERC received an inbound telephone call from Ms. Cobb. The automated message that played when Ms. Cobb called states "Thank you for calling ERC." Davis Decl. at  ¶ 18.

31.     When ERC's representative answered the phone, he stated: "Good morning. Thank you for calling ERC. My name is Irving Anderson speaking with you on a recorded line. Who do I have the pleasure of speaking with today?" *Id.* at ¶ 19.

32.     Ms. Cobb informed ERC's representative of her name and that she had questions concerning her account. Ms. Cobb then provided the reference number contained in the Letter. *Id.* at  ¶ 20.

33.     After discussing the account, Ms. Cobb stated that she would be filing for bankruptcy imminently. *Id.* at  ¶ 21.

34.     ERC's representative then placed the account in a hold status, restricted all further communications on the account, and ceased all further collection activity on the account based on Ms. Cobb's communications during the telephone call. *Id.* at  ¶ 22.

35.     ERC did not attempt to reach Ms. Cobb after receiving her telephone call on August 1, 2017. *Id.* at  ¶ 23.

6

36.    Ms. Cobb did not suffer any loss as a result of receiving the Letter or its use of *ERC* to refer to Defendant.  Gallagher Decl. at ¶¶ 3, 5-6, Exh. A No. 19, Exh. B No. 2.

DATED: <u>June 14, 2018.</u>

                                           SMITH, GAMBRELL & RUSSELL, LLP

                                           <u>*/s/ Scott S. Gallagher*</u>
                                           Scott S. Gallagher, Esq
                                           PHV Bar Number: phv08629
                                           50 North Laura Street, Suite 2600
                                           Jacksonville, Florida 32202
                                           Phone: (904) 598-6111
                                           Fax: (904) 598-6211
                                           Email: <u>sgallagher@sgrlaw.com</u>
                                           *Admitted Pro Hac Vice*

                                           and

                                           Michael P. Regan
                                           1301 Avenue of the Americas, 21st Floor
                                           New York, New York 10019
                                           Tel. (212) 907-9720
                                           Email:<u>mregan@sgrlaw.com</u>

                                           *Attorneys for Defendant*

8

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422
Email: faulknerlawoffice@snet.com
*Attorney for Plaintiff*

*/s/ Scott S. Gallagher*
**Attorney**

8