# EXHIBIT 1

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DEBORA COBB,<br><br>        Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY,<br>LLC,<br><br>        Defendant. | )<br>)<br>)<br>)  **CASE NO: 3:17-cv-01629-VLB**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JASON DAVIS**

**JASON DAVIS, pursuant to 28 U.S.C. § 1746, declares as follows:**

**1.      My name is Jason Davis and I have worked for Enhanced Recovery Company, LLC ("ERC") for approximately thirteen years. I am currently ERC's Senior Vice President of Compliance.**

**2.      I am over the age of twenty-one (21) years, of sound mind and am competent to make this declaration. I have personal knowledge of the statements made herein and could competently testify thereto if called as a witness.**

**3.      My job duties as ERC's Senior Vice President of Compliance include Quality Assurance, Complaint and Dispute Resolution and Analysis, and overseeing the company's procedures and practices for complying with various federal and state laws applicable to ERC's business. I am personally familiar with the operations of ERC and the instructions that it provides to its employees engaged in collection services.**

4.     I am familiar with the lawsuit filed by Debora Cobb ("Plaintiff") against ERC currently pending in the United States District Court for the District of Connecticut with Case No. 1:17-cv-01629-VLB (referred to hereafter as "this Matter").

5.     ERC's principal place of business is maintained at 8014 Bayberry Road, Jacksonville, Florida 32256. As an entity operating primarily from the state of Florida, ERC has maintained a fictitious name registration in the office of the Secretary of State for Florida reflecting the use of "*ERC*" as a trade name for Enhanced Recovery Company, LLC, since February 12, 2015. A true and correct copy of ERC's fictitious name registration in the State of Florida is attached hereto as Exhibit "A."

6.     ERC also maintains a license as a Consumer Collection Agency with the state of Florida's Office of Financial Regulation. A true and correct copy of ERC's license from the office of financial regulation is attached hereto as Exhibit "B."

7.     ERC maintains a federal registration with the United States Patent and Trademark Office for the service mark "ERC" for use in connection with providing debt collection services. A true and correct copy of ERC's service mark registration certificate is attached hereto as Exhibit "C."

8.     ERC is licensed to act as a Consumer Collection Agency in the state of Connecticut by the Connecticut Banking Department and, since 2015, has been licensed to act in Connecticut under the trade name "*ERC*." A true and correct

copy of ERC's current license records for Connecticut is attached hereto as Exhibit "D."

9.    Exhibit D attached hereto can be accessed through the Consumer Access website of the Nationwide Multistate Licensing System at http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/953724 (last accessed June 6, 2018).

10.    ERC is organized as a limited liability company under the laws of the state of Delaware. ERC has maintained a fictitious name registration with the state of Delaware reflecting the use of "*ERC*" as a trade name for Enhanced Recovery Company, LLC, since February 10, 2015. A true and correct copy of ERC's fictitious name registration in the State of Delaware is attached hereto as Exhibit "E."

11.    ERC does not maintain any physical presence in Connecticut. It does not own or lease any real property in the state of Connecticut. It does not employ any persons in the state of Connecticut.

12.    All communications between ERC and persons in the state of Connecticut occur through telephone calls or letters or both.

13.    Enhanced Recovery Company, LLC has been using the trade name *ERC* in connection with providing debt collection services since the year 1999, as reflected in ERC's trademark registration certificate. It has regularly conducted business using the acronym *ERC* during that time.

14.    I have examined the records and documents maintained by ERC concerning the account at issue in this Matter and additionally have personal

3

knowledge of the facts and matters contained in those records and documents. All of the ERC records examined by me in connection with this Matter are kept by ERC in the regular course of its business activity and are made at or near the time of their occurrence by, or from information transmitted by, a person with knowledge of such acts and events.  It is the regular practice of ERC to make and keep these records and documents.  The records and documents which I have examined are managed by employees or agents whose duty it is to keep those records and documents accurately and completely.

15.    ERC maintains an account history for every account placed with ERC for collection.  The account history is created by ERC's software and reflects all communications and attempted communications associated with the account, as well as internal actions, updates, and status changes by ERC. The account history also documents any payments received by ERC or any adjustments made to the balance owed. A true and correct copy of the Account History for Ms. Cobb's account is attached hereto as Exhibit "F."

16.    In each communication that ERC had with Ms. Cobb concerning the collection account at issue, ERC identified itself as *ERC*, using the commonly used trade name/acronym for Enhanced Recovery Company, LLC.

17.    On July 21, 2017, ERC sent the letter attached as an exhibit to the First Amended Complaint and which forms the basis of Ms. Cobb's claims in this Matter ("the Letter"), to Ms. Cobb.

4

18. On August 1, 2017, ERC received an inbound telephone call from Ms. Cobb. The automated message that would have played when Ms. Cobb called states "Thank you for calling ERC."

19. When ERC's representative answered the phone, he stated: "Good morning. Thank you for calling ERC. My name is Irving Anderson speaking with you on a recorded line. Who do I have the pleasure of speaking with today?"

20. Ms. Cobb informed ERC's representative of her name and that she had questions concerning her account. Ms. Cobb then provided the reference number contained in the Letter.

21. After discussing the account, Ms. Cobb stated that she would imminently be filing for bankruptcy.

22. ERC's representative then placed the account in a hold status, restricted all further communications on the account, and ceased all further collection activity on the account based on Ms. Cobb's communications during the telephone call.

23. ERC did not attempt to reach Ms. Cobb after receiving her telephone call on August 1, 2017.

24. I have accessed the Connecticut Banking Department's website located at the url, http://www.ct.gov/dob/site/default.asp and selected the option to verify a license, which led to a page asking the user to select a type of licensed entity, located at, http://www.ct.gov/dob/cwp/view.asp?a=2239&Q=298138&dobNAV_GID=1659&dobNav=|.

25.    Upon selecting Consumer Collection Agency, the website directed to a page that states "To verify that a consumer collection agency is licensed to do business in Connecticut, please use the NMLS Consumer Access link below. NMLS Consumer Access is a fully searchable website that allows the public to view information concerning state-licensed consumer collection agencies" located                                                                    at http://www.ct.gov/dob/cwp/view.asp?a=2233&q=297872&dobNAV_GID=1663.

26.    I searched "ERC" on the linked NMLS website and it returned a single match, Enhanced Recovery Company, LLC with NMLS ID number 953724.

27.    I selected the result and accessed the records associated with ERC. Such records show that ERC is licensed to act as a collection agency in a number of states, including Connecticut. A true and correct copy of the NMLS records for Enhanced     Recovery     Company,     LLC,     located     at http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/953724     is attached hereto as Exhibit "G."

28.    The records specific to Connecticut reflect that Defendant currently holds License number CCA-953724 and uses ERC as a "[t]rade [n]ame[] used in Connecticut." See Exhibit D hereto.

[SIGNATURE PAGE FOLLOWS]

I declare under penalty of perjury that the statements in the foregoing declaration are true and correct.

Executed on ___June___ 11, 2018.

_____
Jason Davis
SuP of Compliance

7

SGR/18540594.1

# EXHIBIT A

sunbiz.org - Florida Department of State

Page 1 of 1

Florida Department of State

DIVISION OF CORPORATIONS



Previous on List    Next on List    Return to List

No Filing History

| Fictitious Name Search |
| Submit |

# Fictitious Name Detail

### Fictitious Name

ERC

### Filing Information

| | |
|---|---|
| Registration Number | G15000015467 |
| Status | ACTIVE |
| Filed Date | 02/12/2015 |
| Expiration Date | 12/31/2020 |
| Current Owners | 1 |
| County | DUVAL |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | 31-1680696 |

### Mailing Address

8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256

### Owner Information

ENHANCED RECOVERY COMPANY, LLC
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256
FEI/EIN Number: 31-1680696
Document Number: M10000003777

### Document Images

02/12/2015 -- REGISTRATION | View image in PDF format

---

Previous on List    Next on List    Return to List

No Filing History

| Fictitious Name Search |
| Submit |

Florida Department of State, Division of Corporations

http://dos.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G15000015467&rdoc...    5/30/2017

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME
Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**Section 1**

1. **ERC**
   Fictitious Name to be Registered   (see instructions if name includes "Corp" or "Inc")

   8014 Bayberry Road
   Mailing Address of Business
   Jacksonville, FL 32256
   City                          State                          Zip Code

3. Florida County of principal place of business: _____

   Duval
   (see instructions if more than one county)

   FEI Number: 31-1680696

15 FEB 12  AM 1: 12

G15000015467
02/12/15--01009--009  **50.00

This space for office use only

**Section 2**

**A. Owner(s) of Fictitious Name if Individual(s): (Use an attachment if necessary):**

1. _____   _____   ____     2. _____   _____   ____
   Last      First      M.I.        Last      First      M.I.

   _____           _____
   Address                            Address

   ____   ____   ____               ____   ____   ____
   City   State  Zip Code           City   State  Zip Code

**B. Owner(s) of Fictitious Name if other than an Individual: (Use attachment if necessary):**

1. Enhanced Recovery Company, LLC        2. _____
   Entity Name                              Entity Name

   8014 Bayberry Road                       _____
   Address                                  Address

   Jacksonville, FL 32256                   _____
   City        State       Zip Code         City        State       Zip Code

   Florida Document Number  M1D000003777    Florida Document Number _____

   FEI Number: 31-1680696                   FEI Number: _____

   ☐ Applied for   ☐ Not Applicable         ☐ Applied for   ☐ Not Applicable

**Section 3**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath.

Signature of Owner  Marty Sarim          Date

rlandoll@erccollections.com
E-mail address: (to be used for future renewal notification)

Phone Number:  904-680-2591

**Section 4**

FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned

registration number _____

_____                _____
Signature of Owner          Date          Signature of Owner          Date

Mark the applicable boxes   ☐ Certificate of Status — $10   ☐ Certified Copy — $30
NON-REFUNDABLE PROCESSING FEE: $50

FL008 - 12/02/2009 C T System Online

FEB 1 2 2015 Single   CR4E001 (11/09)

R. HUNT

# EXHIBIT B

Florida Office of Financial Regulation

Page 1 of 1



# FLORIDA OFFICE of FINANCIAL REGULATION

Smart, Efficient and Effective Regulation

Home    About OFR    Apply for a License    Verify a License    File a Complaint    News    Research Resources

## License Search Results Detail

| | |
|---|---|
| License Name: | ENHANCED RECOVERY COMPANY, LLC |
| DBA Name: | ERC AND ENHANCED RESOURCE CENTERS |

| | |
|---|---|
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 10/27/2016 |
| Original Date of License: | 4/18/2003 |
| License Number: | CCA0900170 |
| License Expiration Date: | 12/31/2017 |

**License Main Address:**

| | |
|---|---|
| Street: | 8014 BAYBERRY RD |
| City: | JACKSONVILLE |
| State: | FL |
| Zip Code: | 32256 |

**License Mailing Address:**

| | |
|---|---|
| Street: | 8014 BAYBERRY RD |
| City: | JACKSONVILLE |
| State: | FL |
| Zip Code: | 32256 |

Phone Number:

Search for Final Orders

[ New Search ]    [ Return to Search Results ]

Accessibility

Contact Us
(850) 487-9687

Site Map

# EXHIBIT C

# United States of America

### United States Patent and Trademark Office

# ERC

**Reg. No. 5,169,227**

**Registered Mar. 28, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Enhanced Recovery Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
8014 Bayberry Road
Jacksonville, FL 32256

CLASS 36: Debt recovery services

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-674,623, FILED 06-25-2015
JASON PAUL BLAIR, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

# EXHIBIT D

Connecticut_Bayberry_License_12.31.2017



# EXHIBIT E



## Trade, Business & Fictitious Names

Selected Trade, Business Or Company Details

| | |
|---|---|
| County | New Castle |
| Status | Active |
| Trade Name | ERC |
| File Number | 578849 |
| Formation Date | 11/22/1999 |
| Filed Date | 11/22/1999 |
| Address 1 | |
| Address 2 | |
| City | |
| State | NA |
| Zip Code | |
| Phone | |
| Affiant | |
| Affiant Title | |
| Parent Company | ENHANCED RECOVERY COMPANY, LLC |
| Nature of Business | |
| Termination Date | |
| Last Updated On | 02/10/2015 |

⊞ **Officers (1)**

Close

# EXHIBIT F

 # Account History

| | | | | |
|---|---|---|---|---|
| ERC File Number: | ▓▓▓▓ | | Report Date: | 2/9/18 4:27 PM | **Full Social** Off |
| Account Number: | ▓▓▓▓ | | | |
| Customer: | TD Bank USA, N.A./Target Credit Card | | Database: | |
| Received: | 7/20/2017 | | | |

| | | |
|---|---|---|
| Original Balance: | $ | 1,267.50 |
| Amount Paid: | $ | - |
| Current Balance: | $ | 1,267.50 |
| Status: | RCL | |

| | |
|---|---|
| Name: | COBB, DEBORA |
| Street 1: | 274 QUINN ST |
| Street 2: | |
| City: | NAUGATUCK |
| State: | CT |
| Zip: | 067702539 |

| | |
|---|---|
| SSN: | xxx-xx-9090 |
| Home Phone: | PNC2038109513 |
| DOB: | ▓▓▓▓ |

| Date and Time | User | Action | Result | Comment |
|---|---|---|---|---|
| 7/20/2017 13:17 CBCI | | +++++ | +++++ | BK DEC NCOA Scrub Complete ▮▮▮▮ On 07/20/2017 |
| 7/20/2017 13:19 SkipScrub | | +++++ | +++++ | Received new email address from vendor: deboracobb@optonline.net |
| 7/20/2017 13:35 CellScrub | | +++++ | +++++ | HOMEPHONE: PNC scrubbed 2038109513 |
| 7/20/2017 23:32 EXMILSCRUB | | +++++ | +++++ | EX MIL Scrub Complete on 07/20/2017 |
| 7/24/2017 11:35 FileProces | | +++++ | +++++ | New Home phone: 2038109513 |
| 7/24/2017 11:38 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 7/27/2017 9:44 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 7/27/2017 10:32 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 7/27/2017 13:33 HICKSAL | | AG | NM | 2038109513: nml |
| 7/31/2017 11:36 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 7/31/2017 12:05 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/1/2017 10:58 ANDERSONIR | IC | | RN | 2038109513: tpd verify dob last 4 mm/qty demnd bif con sttd she is filing bankruptcy con sttd she closed out acct con sttd her last bill was 365.00 wanted to know why bill was so high agent advised when acct was last pd and how late fees were added gv company info TCPA=CTA |
| 8/1/2017 11:05 andersonir | | PHONE | CHNG | Debtor(1) Home Phone: PNC2038109513 to (Blank) |
| 8/1/2017 11:06 andersonir | | CC | 676 | CON STTD SHE IS FILING BANKRUPTCY |
| 8/1/2017 11:07 andersonir | | SC | 763 | CON STTD SHE IS FILING BANKRUPTCY |
| 8/1/2017 11:07 andersonir | | +++++ | +++++ | Mail Return Set on Debtor(1) |
| 8/1/2017 11:07 andersonir | | +++++ | +++++ | Debtor(1) Restrict Calls Set |
| 8/1/2017 11:07 andersonir | | +++++ | +++++ | Debtor(1) Restrict Home Calls Set |
| 8/1/2017 11:07 andersonir | | +++++ | +++++ | Debtor(1) Restrict Work Calls Set |
| 8/1/2017 11:07 andersonir | | +++++ | +++++ | Debtor(1) Restrict Letters Set |
| 8/1/2017 18:32 brownjada | | SC | 763 | Completed |
| 8/1/2017 22:14 To031Sweep | | +++++ | +++++ | Qlevel changed to 031 from 020 due to lack of valid phone numbers. |
| 8/2/2017 0:00 HCAnalyzer | | ++++++ | ++++++ | Account Marked as Reviewed! :3 |
| 8/2/2017 0:00 HCAnalyzer | | ++++++ | ++++++ | Account Marked as Reviewed! :3 |
| 8/2/2017 0:00 HCAnalyzer | | ++++++ | ++++++ | Account Marked as Reviewed! :3 |
| 8/3/2017 9:41 lewistr | | CO | CO | Bankruptcy - **REC BKY REQ VIA (676).. CON FILING CHAP (7)..VER IN TLO... UPDATED MORE INFO FIELD WITH BKY DETAILS.. CLSD AS (B07)..** |
| 8/3/2017 9:41 lewistr | | +++++ | +++++ | Status Changed \| ACT \| B07 \| Account Closed |
| 8/3/2017 10:50 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/3/2017 22:32 EOD | | DESK | CHNG | Desk changed to CLOSED from BANK07_01G by Desk Sweep. |
| 8/14/2017 16:08 hillsk | | +++++ | +++++ | Status Changed \| B07 \| ACT \| Account Reopened |
| 8/14/2017 16:08 hillsk | | +++++ | +++++ | Debtor(1) Bky Status was: Discharged |
| 8/14/2017 16:08 hillsk | | +++++ | +++++ | Debtor(1) Bky Case # was: 0350203 |
| 8/14/2017 16:08 hillsk | | +++++ | +++++ | Debtor(1) Bky Chapter was: 7 |
| 8/14/2017 16:08 hillsk | | +++++ | +++++ | Debtor(1) Bky Date Filed was: 2/18/2003 |
| 8/14/2017 16:08 hillsk | | CO | CO | *CS REV KG PER EMAIL FROM DONNA W/ CLIENT> BK Not confirmed |
| 8/14/2017 16:08 hillsk | | CsC | 437 | Custom Queue Level 437 \| 8/17/2017 |
| 8/14/2017 16:25 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/14/2017 22:12 PhPromote | | +++++ | +++++ | Line4: PNC2038109513 promoted to Home Ph |
| 8/17/2017 10:23 FileProces | | +++++ | +++++ | New Home phone: 2038109513 |
| 8/17/2017 10:24 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/17/2017 10:26 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/21/2017 12:08 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/21/2017 12:27 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/24/2017 9:47 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/24/2017 10:26 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/28/2017 10:35 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/28/2017 10:56 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 8/31/2017 9:45 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 8/31/2017 10:27 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/5/2017 12:11 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/5/2017 12:27 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/8/2017 10:15 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/8/2017 10:27 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/15/2017 10:51 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/15/2017 10:56 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/20/2017 12:36 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/20/2017 12:57 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/25/2017 12:21 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/25/2017 12:27 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 9/28/2017 11:04 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 9/28/2017 11:28 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 10/2/2017 11:20 FileProces | | +++++ | +++++ | New Work phone: 2038109513 |
| 10/2/2017 11:28 CellScrub | | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 10/2/2017 11:36 landollr | | +++++ | +++++ | Status Changed \| ACT \| HLD |
| 10/2/2017 11:37 landollr | | CO | CO | REV LEGAL RL>>>>REC SUIT....WILL REV AND RESPOND |
| 10/2/2017 11:37 landollr | | DESK | CHNG | Desk Changed from CLOSED to FDCPA |
| 10/2/2017 11:37 landollr | | +++++ | +++++ | Mail Return Cleared on Debtor(1) |
| 10/2/2017 11:37 landollr | | +++++ | +++++ | Mail Return Set on Debtor(1) |
| 10/2/2017 11:40 landollr | | CO | CO | REV LEGAL RL>>>ADDED 2038109513 TO DNC |
| 10/2/2017 11:40 landollr | | PHONE | CHNG | Debtor(1) Home Phone: PNC2038109513 to (Blank) |

| 10/5/2017 10:13 FileProces | +++++ | +++++ | New Work phone: 2038109513 |
|---|---|---|---|
| 10/5/2017 10:28 CellScrub | +++++ | +++++ | LINE4: PNC scrubbed 2038109513 |
| 10/5/2017 22:12 PhPromote | +++++ | +++++ | Line4: PNC2038109513 promoted to Home Ph |
| 10/9/2017 14:20 FileProces | +++++ | +++++ | Account Recalled By Target RMS, Qlevel set from437 to 999. |
| 10/9/2017 14:20 FileProces | +++++ | +++++ | Account Recalled By Target RMS and Status Changed from HLD to RCL. |
| 10/9/2017 22:53 EOD | DESK | CHNG | Desk changed to CLOSED from FDCPA by Desk Sweep. |

| Payment Type | Total | Principal | Interest | Collection Costs | Date |
|---|---|---|---|---|---|
| | | | | | |

| DateProcessed | code | Description | Column1 |
|---|---|---|---|
| 7/21/2017 10:58 | 30001 | SD1 | |

# EXHIBIT G



## Enhanced Recovery Company, LLC

| NMLS ID: 953724 | Street Address: 8014 Bayberry Rd. Jacksonville, FL 32256<br><br>Mailing Address: 8014 Bayberry Rd. Jacksonville, FL 32256 | Phone: 904-680-2591x2028<br>Toll-Free Number: Not provided<br>Fax: Not provided | Website: www.ercbpo.com<br>Email: rlandoll@ercbpo.com |
|---|---|---|---|

| Other Trade Names : Enhanced Resource Centers; ERC |
|---|
| Prior Other Trade Names : Enhanced Recovery Company, LLC |
| Prior Legal Names : None |
| Sponsored MLOs : 0 |

| Fiscal Year End: 12/31 | Formed in: Delaware, United States | Date Formed: 11/22/1999 | Stock Symbol: None | Business Structure: Limited Liability Company |
|---|---|---|---|---|

Regulatory Actions  :  None posted in NMLS.

### Branch Locations  (5 Active, 1 Inactive)

### State Licenses/Registrations  (Displaying 10 Active of 10 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Arizona** | Collection Agency License | Yes | **Submit to Regulator** |
| **Connecticut** | Consumer Collection Agency License | Yes | **Submit to Regulator** |
| **Indiana-SOS** | Collection Agency License | Yes | **Submit to Regulator** |
| **Maryland** | Collection Agency License | Yes | **Submit to Regulator** |
| **Massachusetts** | Debt Collector | Yes | **Submit to Regulator** |
| **Massachusetts** | Debt Collector Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Montana** | Consumer Loan License | Yes | **Submit to Regulator** |
| **North Dakota** | Collection Agency License | Yes | **Submit to Regulator** |
| **Oregon** | Collection Agency Registration | Yes | **Submit to Regulator** |
| **Rhode Island** | Debt Collector Registration | Yes | **Submit to Regulator** |

| Regulatory Actions | While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link. |
|---|---|

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access^SM is derived from NMLS (**Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry**), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**