# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORA COBB,                          )
                                     )
              Plaintiff,             )
                                     )  CASE NO: 3:17-cv-01629-VLB
v.                                   )
                                     )
ENHANCED RECOVERY COMPANY,           )
LLC,                                 )
                                     )
              Defendant.             )
                                     )

DECLARATION OF RICHARD LANDOLL

RICHARD LANDOLL, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     My name is Richard "Rocky" Landoll and I have worked for Enhanced Recovery Company, LLC ("ERC") for approximately nine years. I am currently ERC's Director of Legal.

2.     I previously served as ERC's Legal and License Officer and held that position until February 2016.

3.     I am over the age of twenty-one (21) years, of sound mind and am competent to make this declaration. I have personal knowledge of the statements made herein and could competently testify thereto if called as a witness.

4.     My job duties as ERC's Director of Legal include Quality Assurance, Complaint/Dispute Resolution, and overseeing ERC's maintenance of licenses for ERC to provide collection services within the states where account holders reside, including the State of Connecticut.

5. I am familiar with the lawsuit filed by Debora Cobb ("Plaintiff") against ERC currently pending in the United States District Court for the District of Connecticut with Case No. 1:17-cv-01629-VLB (referred to hereafter as "this Matter").

6. ERC is licensed to act as a consumer collection agency in the state of Connecticut by the Connecticut Banking Department and, since 2015, has been licensed to act in Connecticut under the trade name "*ERC*." A true and correct copy of ERC's current license records for Connecticut is attached hereto as Exhibit "A."

7. Exhibit A attached hereto can be accessed through the Consumer Access website of the Nationwide Multistate Licensing System at http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/953724 (last accessed June 6, 2018).

8. In August 2015, I personally submitted the application to update the license information for ERC to include "ERC" as a trade name under which ERC could act as a collection agency in the state of Connecticut.

9. Since updating the Connecticut license to reflect the trade name *ERC*, I have requested renewal of the license with the Connecticut Banking Department for the years 2016, 2017, and 2018. The Banking Department approved each of these renewals.

10. When ERC received service of the Complaint in this matter, I reached out to Ms. Cobb's counsel and provided a copy of ERC's Connecticut

2

Consumer Collection Agency License obtained from the Nationwide Multistate Licensing System (NMLS).

11.    The application process for Connecticut, as well as other states that utilize NMLS for licensing, is electronic and is completed through a web portal. ERC does not maintain print screen copies of the information that it inputs into the application portal.

12.    Throughout this Matter, Ms. Cobb's counsel has requested additional documentation from ERC regarding its application to use *ERC* as a trade name to provide collection services in Connecticut. I have sought such documentation from the Connecticut Banking Department. The Connecticut Banking Department no longer issues or prints paper licenses to confirm the status of licensees.

13.    In attempting to obtain any additional documentation of ERC's licensed status in Connecticut, I corresponded with Jessica Morton of the Connecticut Banking Department. A true and correct copy of my correspondence with Ms. Morton is attached hereto as Exhibit "B."

14.    ERC's ability to use *ERC* as a trade name in Connecticut is evidenced by the "Approved" status on NMLS and the listing of *ERC* under "other trade names" on the NMLS records for Connecticut.

[SIGNATURE PAGE FOLLOWS]

3

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on ___June 11___, 2018.

_____
Richard Landoll
Dir of Legal

4

# EXHIBIT A

Connecticut_Bayberry_License_12.31.2017



# EXHIBIT B

## Howell, Michelle M.

| | |
|---|---|
| **From:** | Morton, Jessica <Jessica.Morton@ct.gov> |
| **Sent:** | Thursday, March 08, 2018 11:49 AM |
| **To:** | Rocky Landoll |
| **Subject:** | RE: Actual Connecticut License Document |



*Refer her to consumer access. See above screenshot.*

*Jessica Morton*
*Ph: 860-240-8158*
*Fx: 860-622-4974*

1

**From:** Rocky Landoll [mailto:rlandoll@ercbpo.com]
**Sent:** Thursday, March 08, 2018 10:51 AM
**To:** Morton, Jessica <Jessica.Morton@ct.gov>
**Subject:** RE: Actual Connecticut License Document

Thank you Jessica. That is what we provided to her and she still is kicking back. We explained exactly what you mentioned below. She is being VERY difficult and costing us a lot of money.

I will dive into NMLS and see when we associated our DBA's to Connecticut and hopefully that will work. If you can think of anything else that we may be able to provide I am all ears.

Thank you again!

**Rocky Landoll** | *Director of Legal*

ERC
8014 Bayberry Road | Jacksonville | FL | 32256
T 904.680.2591 ext. 2028
ercbpo.com



  

**From:** Morton, Jessica [mailto:Jessica.Morton@ct.gov]
**Sent:** Thursday, March 8, 2018 10:44 AM
**To:** Rocky Landoll <rlandoll@ercbpo.com>
**Subject:** RE: Actual Connecticut License Document

Rocky,

Unfortunately, we do not issue or print paper licenses any longer.  Regarding your license, I would show your current "Approved" status on NMLS along with a screenshot showing your "other trade names" which reflects ERC.

*Jessica Morton*
*Ph: 860-240-8158*
*Fx: 860-622-4974*

**From:** Rocky Landoll [mailto:rlandoll@ercbpo.com]
**Sent:** Thursday, March 08, 2018 10:09 AM
**To:** Morton, Jessica <Jessica.Morton@ct.gov>

**Subject:** Actual Connecticut License Document
**Importance:** High

Jessica,

As I mentioned in my previous email, I am in Connecticut for a legal matter in which the plaintiff is alleging that by our office using "ERC" on our collection letters is against the law. We have provided the plaintiff with the screenshot showing that ERC is registered as a DBA for Enhanced Recovery Company, LLC but she is not accepting the screenshot from NMLS showing this.

Since Connecticut transitioned to NMLS, it is my understanding that actual licenses are not provided anymore. Is there anything you can provide me that would show ERC as a DBA on our Connecticut license? Is there a way to send me an actual license? If we are able to show this we will be able to have the matter dismissed.

Let me know if you need additional information or would like to discuss further and I'll be happy to jump on a call with you if needed.

Thank you for your help!!!

Rocky

**Rocky Landoll** | *Director of Legal*

ERC
8014 Bayberry Road | Jacksonville | FL | 32256
T 904.680.2591 ext. 2028
ercbpo.com



  

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient, or the authorized agent of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify ERC immediately by telephone at (800) 617-0049 and delete the message and any attachments from your system. Thank you for your cooperation.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended

recipient, or the authorized agent of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify ERC immediately by telephone at (800) 617-0049 and delete the message and any attachments from your system. Thank you for your cooperation.