# EXHIBIT 4

## CERTIFICATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
**STATE OF CONNECTICUT**      \*      ss. Hartford
**COUNTY OF HARTFORD**        \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, Carmine Costa, Director of the Consumer Credit Division of the State of Connecticut Department

of Banking, do hereby certify that the attached Advance Change Notice History for Enhanced Recovery

Company, LLC, NMLS # 953724, is a true copy of data retrieved by the Consumer Credit Division on

April 6, 2018, from the Nationwide Multistate Licensing System & Registry, which system is authorized

pursuant to Section 36a-24b of the Connecticut General Statutes to process applications for consumer

collection agency licenses, among others, in this state and to receive and maintain records related to such

licenses.

In witness whereof, I have hereunto set my hand this <u>6th</u> day of April 2018.

Carmine Costa
Director
State of Connecticut, Department of Banking

# Advance Change Notice History



## Enhanced Recovery Company, LLC (953724)

### Advance Change Notice Details

Below are the details for the Advance Change Notice. Click the link below to compare the filing where the change was last updated to the filing submitted prior to the change.

**Change Type:** Company Other Trade Name
**Record Name:** ERC
**Status:** Processed
**Status Updated Date:** 8/4/2015
**Effective Date:** 8/3/2015
**Created Date:** 8/3/2015

View Change Notice Detail

### Regulator History for Connecticut

Below are the status history and comments for the selected regulator.

| Regulator Status | Comments | ACN Reviewed | Updated Date | Updated By |
|---|---|---|---|---|
| New | | - | 8/3/2015 10:26:18 AM | System |