UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORA COBB** : | |
| : | |
| v. : | NO. 3:17-cv-01629-VLB |
| : | |
| **ENHANCED RECOVERY COMPANY, LLC** : | |

## JUDGMENT

This action having come before the Court on defendant's motion for summary judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting defendant's motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 11th day of March, 2019.

ROBIN D. TABORA, Clerk


By   /S/ Jeremy J. Shafer
     Jeremy Shafer
     Deputy Clerk


EOD: 03/11/2019