**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DEBORA COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO: 3:17-cv-01629-VLB |
| v. | ) |
| | ) |
| ENHANCED RECOVERY COMPANY, | ) |
| LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

Defendant, Enhanced Recovery Company, LLC hereby gives notice of filing

the following documents in support of Defendant's Motion for Sanctions:

1.     Second Declaration of Scott Gallagher dated April 10, 2019, with

exhibits (attached hereto as Exhibit 1); and

2.     Second Declaration of Richard Landoll dated April 8, 2019, with

exhibits (attached hereto as Exhibit 2).

Dated: April 10, 2019.

                                      SMITH, GAMBRELL & RUSSELL, LLP

                                      /s/ Scott S. Gallagher
                                      Scott S. Gallagher, Esq
                                      PHV Bar Number: phv08629
                                      50 North Laura Street, Suite 2600
                                      Jacksonville, Florida 32202
                                      Phone: (904) 598-6111
                                      Fax: (904) 598-6211
                                      Email: sgallagher@sgrlaw.com
                                      *Admitted Pro Hac Vice*

and

Michael P. Regan
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel. (212) 907-9720
mregan@sgrlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422
Email: faulknerlawoffice@snet.com
*Attorney for Plaintiff*

/s/ Scott S. Gallagher
**Attorney**

2