# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORA COBB,                            )
                                       )
        Plaintiff,                     )
                                       )
                                       )   CASE NO: 3:17-cv-01629-VLB
v.                                     )
                                       )
ENHANCED RECOVERY COMPANY,             )
LLC,                                   )
                                       )
        Defendant.                     )
                                       )

## SECOND DECLARATION OF RICHARD LANDOLL

RICHARD LANDOLL, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      My name is Richard "Rocky" Landoll and I have worked for Enhanced Recovery Company, LLC ("ERC") for approximately nine years. I am currently ERC's Director of Legal.

2.      I am over the age of twenty-one (21) years, of sound mind and am competent to make this declaration. I have personal knowledge of the statements made herein and could competently testify thereto if called as a witness.

3.      My job duties as ERC's Director of Legal include Quality Assurance, Complaint/Dispute Resolution, the handling of all incoming civil legal matters and overseeing ERC's maintenance of licenses for ERC to provide collection services within the states where account holders reside, including the State of Connecticut.

4.      I am familiar with the lawsuit filed by Debora Cobb ("Plaintiff") against ERC currently pending in the United States District Court for the District

SGR/20888334.1

of Connecticut with Case No. 1:17-cv-01629-VLB (referred to hereafter as "this Matter").

5.    ERC is licensed to act as a consumer collection agency in the state of Connecticut by the Connecticut Banking Department and, since 2015, has been licensed to act in Connecticut under the trade name "*ERC.*"

6.    After agreeing to waive service of the complaint in this Matter, on November 7 2017, I sent to Joanne Faulkner, counsel for Plaintiff, a copy of the records reflecting that ERC was licensed through December 31, 2017 to act as a consumer collection agency in Connecticut with the trade name "ERC." A true and correct copy of the email between ERC's legal department and Ms. Faulkner is attached as Exhibit A. A true and correct copy of the NMLS records I sent to Ms. Faulkner are attached as Exhibit B.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on ___Apr. 18___, 2019.

_____
Richard Landoll

2

SGR/20888334.1

# EXHIBIT A



From: Joanne Faulkner [mailto:j faulkner@snet net]
Sent: Wednesday, November 8, 2017 10:01 AM
To: Shelly Gensmer <mgensmer@ercbpo.com>; Rocky Landoll <rlandoll@ercbpo.com>
Subject: Re: Cobb v ERC

I forgot you had signed it! Thanks. Your response is due 11/28


Joanne S. Faulkner, Attorney
123 Avon Street
New Haven CT 06511
(203) 772-0395
j faulkner@snet net
faulknerctlaw@gmail.com
On 11/8/2017 9:56 AM, Shelly Gensmer wrote:
Hey – its your client's dollars and she can waste them however she wants.
I think we both know this is an uphill battle and our experience with the issue is that as soon as the judge sees the trademarked "ERC" – the issue tends to resolve itself.
Especially given the abundance of contact information found elsewhere in ERC's communications where your client could very obviously ascertain "who is ERC".

You sent us an already signed copy of the WOS by the way.

Regards,

1

Shelly Gensmer | Senior Director of Legal
ERC
8014 Bayberry Rd | Jacksonville | FL | 32256
M 904.510.6536
ercbpo.com


From: Joanne Faulkner [mailto:j faulkner@snet net]
Sent: Wednesday, November 8, 2017 8:14 AM
To: Rocky Landoll <rlandoll@ercbpo.com>
Cc: Shelly Gensmer <mgensmer@ercbpo.com>
Subject: Re: Cobb v ERC

Nice to hear from you. I thought you were long gone, since my 3 prelitigation settlement efforts elicited no response.

Your company has several CT licenses, all in the full name of the company; no listing for ERC

CT law: (i) No person licensed to act within this state as a consumer collection agency shall do so under any other name or at any other place of business than that named in the license.

Moreover, to use a trade name in CT, a company has to jump through several hoops.

And, CT banking department permission, if any,  is preempted by the plain prohibition of 1692e(14).

Who is ERC, asks the least sophisticated consumer. NRC, FTC, SEC or some other regulatory commission?
Now we all know who AAA or BBB or AARP are, but who knows ERC?

Please email me the signed acknowledgement of service so I do not have to serve at your company's expense.
Thanks.



Joanne S. Faulkner, Attorney
123 Avon Street
New Haven CT 06511
(203) 772-0395
j faulkner@snet net
faulknerctlaw@gmail.com
On 11/7/2017 1:43 PM, Rocky Landoll wrote:
Good afternoon Joanne,

ERC is in receipt of the matter filed for your client Ms. Cobb.

Unfortunately, your allegations lack merit and ERC will not entertain settlement. The attached is a screenshot from NMLS showing ERC's license information for the state of Connecticut which clearly shows our DBA of ERC as being registered with the state licensure division. This license is in effect until 12/31/2017.

If this matter is not voluntarily dismissed, ERC will litigate and will entertain filing for sanctions due to the continuance of the matter knowing that your allegations lack merit.

Please let me know if you have any questions.

Thanks,

Rocky Landoll | Director of Legal

ERC
8014 Bayberry Road | Jacksonville | FL | 32256

T 904.680.2591 ext. 2028
ercbpo.com

<https://facebook.com/ercbpo>        <https://twitter.com/ercbpo>    <https://instagram.com/ercbpo>        <https://linkedin.com/company/ercbpo>

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient, or the authorized agent of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify ERC immediately by telephone at (800) 617-0049 and delete the message and any attachments from your system. Thank you for your cooperation.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient, or the authorized agent of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify ERC immediately by telephone at (800) 617-0049 and delete the message and any attachments from your system. Thank you for your cooperation.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient, or the authorized agent of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify ERC immediately by telephone at (800) 617-0049 and delete the message and any attachments from your system. Thank you for your cooperation.

# EXHIBIT B

Connecticut_Bayberry_License_12.31.2017



**Enhanced Recovery Company, LLC**

| NMLS ID: 953724 | Street Address: 8014 Bayberry Rd. Jacksonville, FL 32256 Mailing Address: 8014 Bayberry Rd. Jacksonville, FL 32256 | Phone: 904-680-2591x2028 Toll-Free Number: Not provided Fax: 904-645-3009 | Website: www.ercbpo.com Email: rlandoll@ercbpo.com |

Other Trade Names ? : Enhanced Resource Centers; ERC

Prior Other Trade Names ? : Enhanced Recovery Company, LLC

Prior Legal Names ? : None

Sponsored MLOs ? : 0

| Fiscal Year End: 12/31 | Formed in: Delaware, United States | Date Formed: 11/22/1999 | Stock Symbol: None | Business Structure: Limited Liability Company |

Regulatory Actions ? : None posted in NMLS.

**Branch Locations** ? (5 Active, 1 Inactive)  [View All Branches ▶]

**State Licenses/Registrations** (Displaying 8 Active of 8 Total)

| Regulator ? | Lic/Reg Name | Authorized to Conduct Business ? | Consumer Complaint ? | [+] View All Details |
|---|---|---|---|---|
| Arizona | Collection Agency License | Yes | Submit to Regulator | [+] View Details |
| Connecticut | Consumer Collection Agency License | Yes | Submit to Regulator | [−] Hide Details |

| Lic/Reg #: CCA-953724 | Original Issue Date ? : 09/04/2001 |

| Status ? : Approved | Status Date: 07/05/2016 | Renewed Through ? : 2017 |

Other Trade Names used in Connecticut ? : Enhanced Resource Centers; ERC